■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL E. WRIGHT, JR., Appellant. [657 NYS2d 1017]—Appeal from a judgment of the County Court of St. Lawrence County (Nicandri, J.), rendered June 5, 1995, convicting defendant upon his plea of guilty of the crime of assault in the second degree.

Defense counsel seeks to be relieved of his assignment as counsel for defendant on the ground that there are no nonfrivolous issues that can be raised on appeal. Our review of both the record and defense counsel's brief leads to the same conclusion. Defendant entered a knowing, voluntary and intelligent plea of guilty to the crime of assault in the second degree. He was sentenced in accordance with the plea agreement and the relevant statutory requirements. The judgment is, accordingly, affirmed and defense counsel's application for leave to withdraw is granted (*see, People v Cruwys*, 113 AD2d 979, *lv denied* 67 NY2d 650).

Cardona, P. J., Mikoll, Mercure, Yesawich Jr. and Peters, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.